IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| KIMBERLY NESTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-10487 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| CREDIT ONE FINANCIAL  d/b/a | ) | |
| CREDIT ONE BANK | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Attorney Amy R. Jonker (Michigan Bar #P73906) of the law firm of Maurice Wutscher,

LLP, hereby enters her appearance for Defendant Credit One Financial d/b/a Credit One Bank.


Dated: February 15, 2017             Respectfully submitted,


                                     **CREDIT ONE FINANCIAL d/b/a**
                                     **CREDIT ONE BANK**

                        By:    */s/ Amy R. Jonker*
                               Amy R. Jonker (P73906)
                               MAURICE WUTSCHER, LLP
                               250 Monroe Avenue, N.W.
                               Suite 400
                               Grand Rapids, MI 49503
                               Phone: 616-717-5677
                               ajonker@mauricewutscher.com
                               *Attorney for Credit One Financial d/b/a Credit One Bank*

**Certificate of Service**

The undersigned hereby certifies that, on this **15th day of February, 2017**, I filed a copy of the foregoing electronically and served the following by regular mail, postage-prepaid:

Kimberly Nester
8315 Mayfair
Taylor, MI 48180
*Plaintiff, pro se*

/s/ Amy R. Jonker

2