IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| KIMBERLY NESTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-CV-10487 |
| | ) | |
| vs. | ) | Judge Paul D. Borman |
| | ) | Magistrate Mona K. Majzoub |
| CREDIT ONE FINANCIAL d/b/a | ) | |
| CREDIT ONE BANK | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff Kimberly Nester ("Plaintiff"), pro se, and Defendant, Credit One Financial d/b/a Credit One Bank ("Defendant"), by and through its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 6, stipulate to an extension of time for Defendant to respond to the complaint of fourteen days, through and including March 8, 2017, so that the parties may continue discussing settlement without further litigation. The parties spoke by phone on February 22, 2017, and verbally agreed to this extension and Plaintiff gave her permission to provide this stipulation.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting it an extension of time through March 8, 2017, to file its responsive pleading.

Dated: February 22, 2017

| | |
|---|---|
| Plaintiff Kimberly Nester, pro se | CREDIT ONE FINANCIAL D/B/A CREDIT ONE BANK |
| */s/ Kimberly Nester (with permission)* | By: */s/ Amy R. Jonker* |
| Kimberly Nester | Amy R. Jonker (P73906) |
| 8315 Mayfair | MAURICE WUTSCHER, LLP |
| Taylor, MI 48180 | 250 Monroe Avenue, N.W. |
| | Suite 400 |
| | Grand Rapids, MI 49503 |
| | Phone: 616-717-5677 |
| | ajonker@mauricewutscher.com |

*Attorneys for Credit One Financial d/b/a Credit One Bank*

## Certificate of Service

The undersigned hereby certifies that, on this **22nd day of February, 2017**, I filed a copy of the foregoing electronically and served the following by regular mail, postage-prepaid:

Kimberly Nester
8315 Mayfair
Taylor, MI 48180
*Plaintiff, pro se*