IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KIMBERLY NESTER, ) | |
| ) | |
| Plaintiff, ) | Case No. 17-CV-10487 |
| ) | |
| vs. ) | Judge Paul D. Borman |
| ) | Magistrate Mona K. Majzoub |
| CREDIT ONE FINANCIAL d/b/a ) | |
| CREDIT ONE BANK ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Defendant Credit One Financial d/b/a Credit One Bank ("Defendant"), by its attorneys, hereby notifies the Court that the parties have reached a settlement and are in the process of executing a written settlement agreement, expect to complete the execution of that settlement in the next 30 days, and intend to file a stipulation of dismissal upon completion of the settlement.

Dated: March 8, 2017    Respectfully Submitted,

CREDIT ONE FINANCIAL D/B/A CREDIT ONE BANK

By: */s/ Amy R. Jonker*
Amy R. Jonker (P73906)
MAURICE WUTSCHER, LLP
250 Monroe Avenue, N.W.
Suite 400
Grand Rapids, MI 49503
Phone: 616-717-5677
ajonker@mauricewutscher.com
*Attorneys for Credit One Financial d/b/a Credit One Bank*

1

## Certificate of Service

The undersigned hereby certifies that, on this **8th day of March, 2017**, I filed a copy of the foregoing electronically and served the following by regular mail, postage-prepaid:

Kimberly Nester
8315 Mayfair
Taylor, MI 48180
*Plaintiff, pro se*

*/s/ Amy R. Jonker*