UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY NESTER,

        Plaintiff,

                                       Case No. 17-cv-10487
v.                                     Honorable Paul D. Borman

CREDIT ONE FINANCIAL,

        Defendant.
_____/

## **ORDER OF DISMISSAL**

     On March 30, 2017, the parties filed a stipulation to dismiss Plaintiff's claims against Defendant with prejudice. Accordingly, it is **ORDERED** that the above matter is **DISMISSED** with prejudice.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: March 30, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 30, 2017.

                                              s/Deborah Tofil
                                              Case Manager